**FORM TO BE USED BY PLAINTIFFS IN FILING A COMPLAINT
UNDER THE EQUAL EMPLOYMENT OPPORTUNITY ACT, 42 U.S.C. Chapter 21,
Subchapter VI**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
_Abingdon_ DIVISION

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ABINGDON, VA
FILED

APR 16 2025

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Perry Burks, SR                    )
       Plaintiff,              )
                  )
v.                                 )   Civil Action No.: _1:25CV20_
LUX Enterprises, INC               )   (To be assigned by Clerk of District Court)
1300 Valley Drive                  )
Bristol VA 24201                   )   Jury Trial:   Yes    No
       Defendant(s).           )              (circle one)
(Enter the full name(s) of ALL parties in this lawsuit.   )
Please attach additional sheets if necessary).           )

## COMPLAINT

1. State the full name of the Plaintiff, address and telephone number.

   Name:     Perry Burks, SR

   Address:     310 Park, st apt-201 Bristol, VA 2420

   Telephone Number:     (276) 494-8397

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

   Defenant - 2

   Name:     David miller / chad miller

   Address:     1300 Valley Drive, Bristol VA 2420

   Lux enterprises, nc
   Defenant - 3

b. Defendant No. ~~2~~ 4

Name: Tamela Hansard

Address: 1300 Valley Drive, Bristol VA 24201

**NOTE: IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

3. On what day were you discharged from employment or otherwise affected by the alleged unlawful employment practice(s) of the defendant(s) above?

   August 26, 2024

4. On what day was your complaint filed with the Equal Employment Opportunities Commission?

   August 29, 2024, Re: number 438-2024-02417

5. What action did the Commission or its representatives take in regard to your complaint?

   EEOC Representative email me the Right to Sue Forms, Issued on 02/20/2025

6. If no action was taken or if your complaint was dismissed by the Commission, did you receive notice from the Commission within 180 days of the date listed in 4. above, of your right to bring a civil action to correct the alleged unlawful employment practice(s)?

   No

7. If the answer to 6. is yes, has 90 days passed since your receipt of the notice described in 6.?

8. Has any action been brought in any state court or in any other federal court concerning the alleged unlawful employment practice(s) of the above defendant(s)?

   No

   If your answer to 8. is yes, describe the action in the spaces below.

a. Parties to the action:

_____

_____

b. Court (if federal court, give district; if state court, name the city or county):

_____

c. Docket Number: _____

d. Judge's Name: _____

e. Is the case still pending: _____    If not, what was the ruling? _____

_____

_____

Was the case appealed? _____

**If more than one action has been filed, please provide this information on a separate sheet of paper and label this information as paragraph 8.f., etc. Check here if additional sheets of paper are attached:** ☐

9. Are there any state or local agencies presently making active efforts to obtain a voluntary end to the alleged unlawful employment practice?

   ☐ Yes        ☑ No        ☐ I DON'T KNOW

   If yes, please describe which agencies are involved and whether their efforts are being undertaken on your behalf?

   _____

   _____

   _____

On the remainder of this form, please answer the questions relating to your problems with the defendant(s) and, if necessary, include additional sheets of paper in order to fully explain the facts beyond your complaint.

A. What was or is your employer? LUX EnterPrises Inc

3

B. What individuals were involved in your discharge or other unlawful practice about which you are complaining? (Also explain what position each individual held, what that individual did that affected you, and about which you are complaining?)

HR, and management
by discrimination
David miller, Chad miller
Tamela Hansard

C. If you were fired, what reasons were given for your discharge?

because of my language, without question
witnesses on the floor

If you disagree with those reasons, what do you think were the real reasons?

I Don't Know

D. Does your employer have a grievance procedure to use when employees are unhappy about actions taken against them? I Don't Know

E. If so, did you file a grievance with your employer?

If you did, what action was taken?

4

F.  In the space below (and on additional sheets of paper, if necessary), please state any other facts which you consider important in this complaint.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

G.  If you were fired, have you been working since that time? _____ *NO* _____

If yes, for whom have you worked? _____

What did you do? _____

If you did not get another job, have you received unemployment compensation? _____

If yes, for how long?

_____

H. What relief do you want from this court? For example:

Do you want your job back?

_____ I would like relief from the courts for being discriminated and mingand wrongly dischared _____

Have you suffered any damages? _____ Yes _____

If so, how much? _____ Financial stress, unemployed for then 6 monts more _____

OTHER:

_____

_____

_____

**Attach additional sheets of paper as necessary and label this information as paragraph I., etc. Check here if additional sheets of paper are attached.** ☐

Signature of Plaintiff _Perry Burks, SR_

VERIFICATION

State of _____ VA _____

County of _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _16_ day of _2025_ , _____ .

Signature of Plaintiff _Perry Burks, SR_

6