CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
August 08, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
       DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **PERRY BURKS, SR.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00020 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **DAVID MILLER, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

On April 16, 2025, Perry Burks, Sr., proceeding pro se, filed an action pursuant to the Equal Employment Opportunity Act. Burks, who is Black, alleged that he was suspended and ultimately fired by his employer due to his race. Burks contended that he had been fired for calling a fellow Black employee a "crack head bitch," which he denied, asserting that he had only accused her of using crack. ECF No. 1-1. I found that the initial Complaint failed to state a plausible case of discrimination because Burks did not demonstrate that he was treated less favorably than a similarly situated employee of a different race or that his employer had a pattern of firing Black employees. On April 23, 2025, I entered an order granting Burks leave to amend his Complaint to address these deficiencies.

Burks filed an Amended Complaint on May 12, 2025, in which he identifies several events that allegedly provide evidence of discrimination. ECF No. 4. However, the Amended Complaint still fails to state a viable claim. None of the

events Burks lists show that he was suspended or fired because he was Black or otherwise demonstrate racial animus on the part of Burks' employer.

Accordingly, it is **ORDERED** that Burks' Amended Complaint, ECF No. 4, is DISMISSED.  A separate judgment will be entered.

ENTER: August 8, 2025

/s/  JAMES P. JONES
Senior United States District Judge

-2-