CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
August 08, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **PERRY BURKS, SR.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25CV00020 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **DAVID MILLER, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

Judgment is hereby granted against the plaintiff, Perry Burks, Sr., in favor of the defendants David Miller, Chad Miller, Lux Enterprises, Inc., and Tamela Hansard. The Clerk shall close the case.

It is so **ORDERED**.

ENTER: August 8, 2025

/s/ JAMES P. JONES
Senior United States District Judge